April 1, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ALPHAVILLE VENTURES, INC. AND NOAM BIZMAN, Appellants

NO. 14-12-00580-CV                          V.

FIRST BANK, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, First Bank, signed, March 30, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, First Bank.

We further order this decision certified below for observance.